## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| DEBBIE MILLIRON, individually and on behalf of all others similarly situated, | No. 09-3934 |
| Plaintiff/Appellee, | |
| v. | **STIPULATION OF DISMISSAL PURSUANT TO F.R.A.P. 42(B)** |
| T-MOBILE USA, INC., | |
| Defendant/Appellee | |

Pursuant to the settlement reached through the Court's Appellate Mediation Program, it is

hereby stipulated and agreed by and between Appellants Thomas A. Carder, Kimberly Lyons and

Aaron Miller and Appellees that the above-captioned matter is **DISMISSED** pursuant to F.R.A.P.

Rule 42(b) with prejudice and without costs against any party.

STEVE A. MILLER, P.C.
Attorneys for Appellants
THOMAS A. CARDER, KIMBERLY
LYONS and AARON MILLER

By:_____
          STEVE A. MILLER

CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO
Attorneys for Appellee
DEBBIE MILLIRON

By:_____
          JAMES E. CECCHI

LOWENSTEIN SANDLER
Attorneys for Appellee
T-MOBILE USA, INC.

By:_____
          GAVIN J. ROONEY